# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 9, 2015

**To:**    Kenneth A. Wells
            District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 15-3738
>
> Caption:
> KEVIN W. CULP, et al.,
> Plaintiffs - Appellants
>
> v.
>
> LISA MADIGAN, in her Official capacity as Attorney General of the State of Illinois, et al.,
> Defendants - Appellees
>
> ---
>
> District Court No: 3:14-cv-03320-SEM-TSH
> Clerk/Agency Rep Kenneth A. Wells
> District Judge Sue E. Myerscough
>
> Date NOA filed in District Court: 12/08/2015

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)