# United States Court Of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**APPEARANCE FORM**

Appellate Court No. :   15-3738                    Docketed on: 12/09/15
Short Caption:          *Kevin Culp, et al. v. Lisa Madigan, et al.*
District Court Judge:   Sue E. Myerscough
District Court No.:     3:14-cv-03320-SEM-TSH

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:
 Lisa Madigan, Jessica Trame, Leo P. Schmitz                                                         as the

[ ]   appellant(s)              [ X]   appellee(s)              [ ]   amicus curiae
[ ]   petitioner(s)             [ ]    respondent(s)            [ ]   intervenor(s)

**PLEASE NOTE: Illinois AAG Jan E. Hughes should be terminated as counsel for the appellees.**

Verify that the address and firm (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

    Firm, Office or Facility:       OFFICE OF THE ATTORNEY GENERAL
    Unit, Division or Section:      CIVIL APPEALS DIVISION
    Address:                        100 West Randolph Street, 12th Floor
    City/State/Zip:                 Chicago, Illinois 60601
    Firm Telephone Number:          (312) 814-3312
Name:
Signature: s/ Brett E. Legner
Direct Phone No.   (312) 814-2146
Admitted to Appellate Court?   Y   X     N  _____

Add other counsel from your firm who will be participating in this case and did not receive an appearance form.

1. Print Name:_____    2. Print Name:_____
   Signature: _____       Signature: _____
   Direct Phone No. (   )                     Direct Phone No. (   )
   Admitted to Appellate Court? Y___ N___     Admitted to Appellate Court? Y___ N___

Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).

(1076-122194)

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF COOK | ) | |

## CERTIFICATE OF FILING AND SERVICE

I certify that on January 26, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Brett E. Legner*
BRETT E. LEGNER
Deputy Solicitor General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2146
blegner@atg.state.il.us