# United States Court of Appeals
# For the Seventh Circuit

| | |
|---|---|
| KEVIN W. CULP, MARLOW DAVIS, ) | |
| FREDDIE REED-DAVIS, ) | Appeal No. 15-3738 |
| DOUGLAS W. ZYLSTRA, ) | |
| JOHN S. KOLLER, STEVE STEVENSON, ) | Appeal from the United |
| PAUL HESLIN, MARLIN MANGELS, ) | States District Court for |
| JEANELLE WESTROM, ) | the Central District of |
| SECOND AMENDMENT FOUNDATION, ) | Illinois, Springfield Division |
| INC., ILLINOIS CARRY and ) | |
| ILLINOIS STATE RIFLE ASSOCIATION, ) | Case No. 3:14-CV-3320 |
| ) | |
| Appellants, ) | Sue E. Myerscough, Judge |
| ) | |
| v. ) | |
| ) | |
| LISA MADIGAN, in her Official Capacity ) | |
| as Attorney General of the State of Illinois; ) | |
| HIRAM GRAU, in his Official Capacity as ) | |
| Director of the Illinois State Police, and ) | |
| JESSICA TRAME, as Bureau Chief of the ) | |
| Illinois State Police Firearms Services ) | |
| Bureau, ) | |
| ) | |
| Appellees. ) | |

## MOTION FOR LEAVE TO FILE CORRECTED APPELLANTS' BRIEF AND REQUIRED SHORT APPENDIX

Come now Appellants Kevin W. Culp, Marlow Davis, Freddie Reed-Davis, Douglas W. Zylstra, John S. Koller, Steve Stevenson, Paul Heslin, Marlin Mangels, Jeanelle Westrom, Second Amendment Foundation, Inc., Illinois Carry and Illinois State Rifle Association, by and through undersigned counsel, and move this Honorable Court to grant Appellants leave to file their corrected Appellants' Brief and Required Short Appendix, and in support thereof submit the attached declaration and exhibits.

Dated: January 29, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: ___/s/ David G. Sigale_____
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs-Appellants

David G. Sigale
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com

# Declaration

I, David G. Sigale, counsel of record for the Plaintiffs-Appellants, declare the following based on my personal knowledge.

1. The Appellants' Brief and Required Short Appendix was timely filed on January 28, 2016. A Separate Appendix was timely filed as well.

2. After the Appellants' Brief was filed by the Clerk of the Court, Plaintiffs' counsel noticed typographical errors in certain citations, which Plaintiffs wish to correct through the attached Corrected Appellants' Brief and Required Short Appendix. No substantive changes are being offered.

3. Appellants respectfully request that the attached Corrected Appellants' Brief and Required Short Appendix be accepted for filing, or that Plaintiffs-Appellants be granted leave to file the attached Corrected Appellants' Brief and Required Short Appendix as separate submissions.

4. Appellants' counsel spoke to Appellees' counsel by telephone on January 29, 2016, regarding this Motion, and Appellees' counsel stated he had no objection to the granting of this Motion.

5. The corrections being submitted in the Corrected Appellants' Brief and Required Short Appendix would aid the Court's consideration of the issues and arguments advanced by Appellants in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2016

      /s/ David G. Sigale
      David G. Sigale

[x] **CERTIFICATE OF SERVICE**
Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that on <u>January 29, 2016</u>, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ <u>David G. Sigale</u>

[ ] **CERTIFICATE OF SERVICE**
Certificate of Service When Not All Case Participants Are CM/ECF Participants

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

counsel / party:　　　　　　　　　　　　address:

s/ _____