# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

January 29, 2016

*By the Court:*

| No. 15-3738 | KEVIN W. CULP, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> LISA MADIGAN, in her Official capacity as Attorney General of the State of Illinois, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:14-cv-03320-SEM-TSH <br> Central District of Illinois <br> District Judge Sue E. Myerscough | |

Upon consideration of the **MOTION FOR LEAVE TO FILE CORRECTED APPELLANTS' BRIEF AND REQUIRED SHORT APPENDIX**, filed on January 29, 2016, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED.** The clerk of this court shall file **INSTANTER** the electronically tendered corrected brief of the appellants. This brief replaces the brief filed on January 28, 2016.

form name: **c7_InstanterOrderFiled**(form ID: **123**)