No. 15-3738

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| KEVIN CULP, *et al.*, | ) | Appeal from the United States |
|---|---|---|
| | ) | District Court for the Central |
| Plaintiffs-Appellants, | ) | District of Illinois. |
| | ) | |
| v. | ) | No. 3:14-CV-3320 |
| | ) | |
| LISA MADIGAN, *et al.*, | ) | The Honorable |
| | ) | SUE E. MYERSCOUGH, |
| Defendants-Appellees. | ) | Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees, by their attorney, Illinois Attorney General Lisa Madigan, move this Court to extend the briefing schedule 30 days. The declaration of Deputy Solicitor General Brett E. Legner, made in support of this motion and asking that the appellees' brief be set as due on March 30, 2016, is attached.

                                              LISA MADIGAN

                                              Attorney General
                                              State of Illinois

By:   s/ *Brett E. Legner*
        Brett E. Legner
        Deputy Solicitor General
        Office of the Illinois Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        (312) 814-2146
        blegner@atg.state.il.us

# DECLARATION OF BRETT E. LEGNER
# PURSUANT TO 28 U.S.C. § 1746

Brett E. Legner, pursuant to 28 U.S.C. § 1746, hereby states as follows:

1. I am the Deputy Solicitor General of the Illinois Attorney General's Office. I am responsible for representing Defendants-Appellees in this appeal.

2. Defendants-Appellees' brief is currently due on February 29, 2016, on no prior extensions of time.

3. I ask for a 30-day extension of time from the current due date to March 30, 2016, pursuant to Circuit Rule 26, for the following reasons:

   a. I presented oral argument in Brunson v. Schauf, United States Court of Appeals for the Seventh Circuit, No. 14-2877, on February 24, 2016;

   b. I anticipate filing an *amicus curiae* brief in Henderson v. Kaufman, Appellate Court of Illinois, First Judicial District, No. 1-15-3128, on February 29, 2016;

   c. I anticipate filing an *amicus curiae* brief in Universal Health Services v. Escobar, United States Supreme Court, No. 15-7, on March 3, 2016. That date cannot be extended and it has been necessary for me to devote immediate attention to the preparation of that brief;

   d. I have due on March 14, 2016, the appellants' brief in Stroman Realty v. Seasock, Appellate Court of Illinois, Fourth Judicial District, No. 4-15-0501, on a fifth extension of time;

   e. I have due on March 17, 2016, the reply brief in Willis v. Macon Cty. State's Attorney, Appellate Court of Illinois, Fourth Judicial District, No. 4-15-0480, on a second extension of time; and

   f. I have supervisory duties requiring that I review appellate briefs filed by my Office before they are filed and that I help prepare attorneys for appellate oral arguments, and these duties have also required my immediate attention.

I declare under penalty of perjury that the foregoing is true and correct to the

-1-

best of my knowledge, information, and belief.

Executed on February 29, 2016         s/ *Brett E. Legner*
                                      Brett E. Legner
                                      Deputy Solicitor General
                                      Office of the Illinois Attorney General
                                      100 West Randolph Street, 12th Floor
                                      Chicago, Illinois 60601
                                      (312) 814-2146

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF COOK | ) | |

## CERTIFICATE OF FILING AND SERVICE

I certify that on February 29, 2016, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Brett E. Legner*
BRETT E. LEGNER
Deputy Solicitor General
Office of the Illinois Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2146
blegner@atg.state.il.us