No. 15-3738

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| KEVIN CULP, *et al.*, | ) | Appeal from the United States |
| | ) | District Court for the Central |
| Plaintiffs-Appellants, | ) | District of Illinois. |
| | ) | |
| v. | ) | No. 3:14-CV-3320 |
| | ) | |
| LISA MADIGAN, *et al.*, | ) | The Honorable |
| | ) | SUE E. MYERSCOUGH, |
| Defendants-Appellees. | ) | Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees, by their attorney, Illinois Attorney General Lisa Madigan, move this Court to extend the briefing schedule 30 days. The declaration of Deputy Solicitor General Brett E. Legner, made in support of this motion and asking that the appellees' brief be set as due on April 29, 2016, is attached.

LISA MADIGAN

Attorney General
State of Illinois

By: s/ *Brett E. Legner*
Brett E. Legner
Deputy Solicitor General
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-2146
blegner@atg.state.il.us

# DECLARATION OF BRETT E. LEGNER
# PURSUANT TO 28 U.S.C. § 1746

Brett E. Legner, pursuant to 28 U.S.C. § 1746, hereby states as follows:

1. I am the Deputy Solicitor General of the Illinois Attorney General's Office. I am responsible for representing Defendants-Appellees in this appeal.

2. Defendants-Appellees' brief is currently due on March 30, 2016, on one prior extension of time. Defendants-Appellees moved for a 30-day extension of time on February 29, 2016, which this Court granted on March 2, 2016.

3. I ask for a 30-day extension of time from the current due date to March 30, 2016, pursuant to Circuit Rule 26, for the following reasons:

   a. I filed an *amicus curiae* brief in <u>Henderson v. Kaufman</u>, Appellate Court of Illinois, First Judicial District, No. 1-15-3128, on February 29, 2016;

   b. I filed an *amicus curiae* brief on behalf of the State of Illinois and 21 other States in <u>Universal Health Services v. Escobar</u>, United States Supreme Court, No. 15-7, on March 3, 2016. That date could not be extended and it was necessary for me to devote immediate attention to the preparation of that brief;

   c. I filed on March 17, 2016, the reply brief in <u>Willis v. Macon Cty. State's Attorney</u>, Appellate Court of Illinois, Fourth Judicial District, No. 4-15-0480, on a second extension of time;

   d. On March 18, 2016, I presented oral argument to the Circuit Court of Adams County, Illinois, on the motion to vacate an injunction that was entered the day before in <u>People v. Venvertloh</u>, No. 16 CH 24. Also that day I filed an emergency motion for stay pending appeal in that matter in the Appellate Court of Illinois, Fourth Judicial District. This case involved a court order requiring extended Illinois primary voting to take place over days, from March 21-25, 2016, and it was necessary that I devote immediate attention to this matter;

   e. It has also been necessary for me to devote immediate attention to <u>Kakos v. Bauer</u>, Illinois Supreme Court, No. 120377, which is an expedited appeal involving the constitutionality of 735 ILCS 5/2-

1105(b), which limits the size of civil juries in Illinois to 6 people;

f. I have due on April 18, 2016, the appellants' brief in <u>Stroman Realty v. Seasock</u>, Appellate Court of Illinois, Fourth Judicial District, No. 4-15-0501, on a sixth extension of time. Due to the large number of extensions on this brief, it is necessary that I devote attention to this appeal; and

g. I have supervisory duties requiring that I review appellate briefs filed by my Office before they are filed and that I help prepare attorneys for appellate oral arguments, and these duties have also required my immediate attention.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 30, 2016

<u>s/ *Brett E. Legner*</u>
Brett E. Legner
Deputy Solicitor General
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-2146

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF COOK | ) | |

## CERTIFICATE OF FILING AND SERVICE

I certify that on March 30, 2016, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Brett E. Legner*
BRETT E. LEGNER
Deputy Solicitor General
Office of the Illinois Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2146
blegner@atg.state.il.us