# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# ORDER

March 31, 2016

*By the Court:*

| No. 15-3738 | KEVIN W. CULP, et al., <br> Plaintiffs - Appellants <br> v. <br> LISA MADIGAN, in her Official capacity as Attorney General of the State of Illinois, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:14-cv-03320-SEM-TSH <br> Central District of Illinois <br> District Judge Sue E. Myerscough ||

Upon consideration of the **DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on March 30, 2016, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee(s) will be due by April 29, 2016.

2. The reply brief of the appellant(s), if any, will be due by May 13, 2016.

Because the court's docket is current, briefing is expected to proceed as scheduled.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)