No. 15-3738

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| KEVIN CULP, *et al.*, | ) | Appeal from the United States |
| | ) | District Court for the Central |
| Plaintiffs-Appellants, | ) | District of Illinois. |
| | ) | |
| v. | ) | No. 3:14-CV-3320 |
| | ) | |
| LISA MADIGAN, *et al.*, | ) | The Honorable |
| | ) | SUE E. MYERSCOUGH, |
| Defendants-Appellees. | ) | Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees, by their attorney, Illinois Attorney General Lisa Madigan, move this Court to extend the briefing schedule 28 days. The declaration of Deputy Solicitor General Brett E. Legner, made in support of this motion and asking that the appellees' brief be set as due on June 24, 2016, is attached.

                                  LISA MADIGAN

                                  Attorney General
                                  State of Illinois

By:   s/ *Brett E. Legner*
        Brett E. Legner
        Deputy Solicitor General
        Office of the Illinois Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        (312) 814-2146
        blegner@atg.state.il.us

# DECLARATION OF BRETT E. LEGNER
# PURSUANT TO 28 U.S.C. § 1746

Brett E. Legner, pursuant to 28 U.S.C. § 1746, hereby states as follows:

1. I am the Deputy Solicitor General of the Illinois Attorney General's Office. I am responsible for representing Defendants-Appellees in this appeal.

2. Defendants-Appellees' brief is currently due on May 27, 2016, on three prior extensions of time. Defendants-Appellees moved for a 30-day extension of time on February 29, 2016, which this Court granted on March 2, 2016. Defendants-Appellees also moved for a 30-day extension of time on March 30, 2016, which this Court granted on March 31, 2016. Defendants-Appellants moved for a 28-day extension of time on April 29, 2016, which this Court granted on May 2, 2016.

3. I ask for a 28-day extension of time from the current due date to June 24, 2016, pursuant to Circuit Rule 26, for the following reasons:

   a. It has been necessary for me to devote immediate attention to Kakos v. Bauer, Illinois Supreme Court, No. 120377, which is an expedited appeal involving the constitutionality of 735 ILCS 5/2-1105(b), which limits the size of civil juries in Illinois to 6 people;

   b. I have been required to devote ongoing attention to time sensitive matters arising out of the State's current budget impasse, including among other things, matters concerning budget-related litigation pending in the Circuit Court of Cook County, Illinois in People v. Munger, No. 15 CH 10243, and in the Circuit Court of St. Clair County, Illinois, in AFSCME v. Rauner, No. 15 CH 275. Among other things, I presented oral argument on a motion to dismiss in the Munger matter on April 21, 2016;

   c. I filed on May 3, 2016, the appellee's brief in Sherlock v. Illinois State Bd. of Elections, Appellate Court of Illinois, First Judicial District, No. 1-2336, on a final extension of time. Because this brief is on a final extension of time, it has been necessary for me to devote immediate attention to it;

d. I filed on May 18, 2016, a petition for leave to intervene and petition for rehearing in <u>Rozsavolgyi v. City of Aurora</u>, Appellate Court of Illinois, Second Judicial District, No. 2-15-0493. I needed to devote immediate attention to these filings once I received the court's decision from which I sought rehearing; and

e. I have supervisory duties requiring that I review appellate briefs filed by my Office before they are filed and that I help prepare attorneys for appellate oral arguments, and these duties have also required my immediate attention.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 19, 2016

s/ *Brett E. Legner*
Brett E. Legner
Deputy Solicitor General
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-2146

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF COOK | ) | |

## CERTIFICATE OF FILING AND SERVICE

I certify that on May 19, 2016, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Brett E. Legner*
BRETT E. LEGNER
Deputy Solicitor General
Office of the Illinois Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2146
blegner@atg.state.il.us