# United States Court of Appeals
# For the Seventh Circuit

| | |
|---|---|
| KEVIN W. CULP, MARLOW DAVIS, ) | |
| FREDDIE REED-DAVIS, ) | Appeal No. 15-3738 |
| DOUGLAS W. ZYLSTRA, ) | |
| JOHN S. KOLLER, STEVE STEVENSON, ) | Appeal from the United |
| PAUL HESLIN, MARLIN MANGELS, ) | States District Court for |
| JEANELLE WESTROM, ) | the Central District of |
| SECOND AMENDMENT FOUNDATION, ) | Illinois, Springfield Division |
| INC., ILLINOIS CARRY and ) | |
| ILLINOIS STATE RIFLE ASSOCIATION, ) | Case No. 3:14-CV-3320 |
| ) | |
| Appellants, ) | Sue E. Myerscough, Judge |
| ) | |
| v. ) | |
| ) | |
| LISA MADIGAN, in her Official Capacity ) | |
| as Attorney General of the State of Illinois; ) | |
| HIRAM GRAU, in his Official Capacity as ) | |
| Director of the Illinois State Police, and ) | |
| JESSICA TRAME, as Bureau Chief of the ) | |
| Illinois State Police Firearms Services ) | |
| Bureau, ) | |
| ) | |
| Appellees. ) | |

## MOTION FOR LEAVE TO FILE APPELLANTS' REPLY BRIEF

     Come now Appellants Kevin W. Culp, Marlow Davis, Freddie Reed-Davis, Douglas W. Zylstra, John S. Koller, Steve Stevenson, Paul Heslin, Marlin Mangels, Jeanelle Westrom, Second Amendment Foundation, Inc., Illinois Carry and Illinois State Rifle Association, by and through undersigned counsel, and move this Honorable Court to grant Appellants leave to file their Appellants' Reply Brief, and in support thereof submit the attached declaration and exhibits.

Dated: July 9, 2016                         Respectfully submitted,

                                                   By: /s/ David G. Sigale

David G. Sigale
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com

## Declaration

I, David G. Sigale, counsel of record for the Appellants, declare the following based on my personal knowledge.

1. Despite working diligently on the Appellants' Reply Brief for some time since June 30, 2016, I unfortunately required an extra three hours to complete the Reply Brief. Some of this was proofreading and most was formatting and pagination.

2. Plaintiffs-Appellants respectfully request that the attached Reply Brief be accepted for filing, or that Plaintiffs-Appellants be granted leave to file the attached Appellants' Reply Brief as a separate submission.

3. Plaintiffs-Appellants submit that the three hour delay, including the drafting of this Motion, is not substantive; and there is no prejudice to the Appellees by the granting of this Motion. Further, the Court's consideration of the Appellants' Reply Brief would greatly aid resolution of this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July, 2016

       /s/ David G. Sigale
       David G. Sigale

CERTIFICATE OF SERVICE

  I hereby certify that on July 9, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

            /s/ David G. Sigale
            David G. Sigale

# CERTIFICATE OF SERVICE
☑
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on ___July 9, 2016___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ David G. Sigale

☐
# CERTIFICATE OF SERVICE
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/_____