# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

July 11, 2016

| | |
|---|---|
| No. 15-3738 | KEVIN W. CULP, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, in her Official capacity as Attorney General of the State of Illinois, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:14-cv-03320-SEM-TSH<br>Central District of Illinois<br>District Judge Sue E. Myerscough ||

Upon consideration of the **MOTION FOR LEAVE TO FILE APPELLANTS' REPLY BRIEF**, filed on July 9, 2016, by counsel for Appellants,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court is directed to file **INSTANTER** the electronically submitted Appellants' reply brief.

form name: **c7_InstanterOrderFiled**(form ID: **123**)