# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER - FAILURE TO FILE REQUIRED PAPER COPIES

July 21, 2016

| | |
|---|---|
| No. 15-3738 | KEVIN W. CULP, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> LISA MADIGAN, in her Official capacity as Attorney General of the State of Illinois, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:14-cv-03320-SEM-TSH <br> Central District of Illinois <br> District Judge Sue E. Myerscough | |

**To:**
Brett E. Legner
OFFICE OF THE ATTORNEY GENERAL
Civil Appeals Division
100 W. Randolph Street
State of Illinois Center
Chicago, IL 60601-0000

**To:**
Mr. David G. Sigale
739 Roosevelt Road
Suite 304
Glen Ellyn, IL 60137

The Appellant Reply brief was electronically filed on July 11, 2016. The paper copies of this brief were due to be submitted to the Clerk's Office by July 19, 2016. The paper copies have

not been received by this court.

Pursuant to the Electronic Case Filing Procedures (h)(2) :

> Filers are also required to submit the necessary number of duplicate paper copies of briefs, appendices and petitions for rehearing, in accordance with Fed. R. App. P. 30(a)(3) and Circuit Rules 31(b) and 40(b). Duplicate paper copies must be received by the Clerk within seven days of the Notice of Docket Activity generated upon acceptance of the electronic brief or appendices. Duplicate paper copies of petitions for rehearing must be submitted within three days of the Notice of Docket Activity. [amended 05/24/2011]

Submission of the paper copies of the briefs must be accomplished within **seven (7)** days of this notice or the court may issue a Rule of Show Cause order pursuant to Circuit Rule 31.

form name: **c7_Brief_Deficiency_Ltr_PaperCopies**(form ID: **243**)