

| KENNETH A. WELLS<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>OFFICE OF THE CLERK | TEL: 217.492.4020<br>FAX: 217.492.4028 |
|---|---|---|

RECORD TRANSMITTAL LETTER

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL 60604

RE: Culp v Madigan et al
U.S.D.C. Docket No.: 14-3320
U.S.C.A. Docket No.: 15-3738

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

1        Volume of Pleadings
            [ x  electronic via e-mail, or ___ CD Rom via UPS]
1        Volume of Transcripts
            [ x  electronic via e-mail, or ___ CD Rom via UPS]
            Volume of Sealed Documents
            [ ___ electronic via e-mail, or ___ CD Rom via UPS]
            Volume of Exhibits
            [ ___ electronic via e-mail, or ___ CD Rom via UPS]
            (see attached highlighted exhibit list for exhibits sent to USCA via UPS)

Please acknowledge receipt of the above mentioned materials.

Very truly yours,

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT

I, KENNETH A. WELLS, Clerk of the United States District Court for the Central District of Illinois, do hereby certify the following to be the true and complete record of the original proceedings filed in my office in the matter of:

RE: Culp v Madigan et al
U.S.D.C. Docket No.: 14-3320
U.S.C.A. Docket No.: 15-3738

IN TESTIMONY WHEREOF, I have

hereunto subscribed my name

and affixed the seal of the aforesaid

court at Springfield, IL

this 29th day of July.

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT